UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE CASK INC,<br><br>　　　　Defendant. | Case No. 21-cv-04208-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 28 |

The Court has reviewed Magistrate Judge Hixson's Report and Recommendation. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that Johnson's ADA claim is dismissed with prejudice and the remaining Unruh Act claim is dismissed without prejudice. The Clerk is directed to enter judgment in favor of Defendant as to the ADA claim and close the file.

**IT IS SO ORDERED.**

Dated: 2/27/2023

　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge